## 2044. WHITLEY *v.* CITY OF ATLANTA.

HILL, C. J. 1. The constitutional questions made in this case are fully controlled by the decision of the Supreme Court in *Loeb* v. *Jennings*, 133 *Ga.* 796 (67 S. E. 101). The other material assignments of error of law are fully controlled by the decision of this court in *Callaway* v. *Mims*, 5 *Ga. App.* 11 (62 S. E. 654).

2. The credibility of the witnesses, and the questions of fact, were exclusively for the determination of the recorder; and there is evidence to support his findings.                 *Judgment affirmed.*

Certiorari; from Fulton superior court—Judge Pendleton. July 5, 1909.

Submitted October 5, 1909.—Decided February 22, 1910.

*Anderson, Felder, Rountree & Wilson,* for plaintiff in error.

*J. L. Mayson, W. D. Ellis Jr.,* contra.